UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV-00226

| | |
|---|---|
| REGINA BULSAK<br><br>    Plaintiff,<br>v.<br><br>LEGAL MEDIATION PRACTICE, INC.<br><br>    Defendant. | **Judge Robert C. Mitchell**<br><br><u>**NOTICE OF VOLUNTARY DISMISSAL**</u><br><br><u>**JURY TRIAL DEMANDED**</u> |

   IT IS HEREBY AGREED to by the Plaintiff, Regina Bulsak and her attorneys, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendant Legal Mediation Practice, Inc., shall be and is hereby dismissed with prejudice.

Date:  March 31, 2008

Respectfully submitted,

**JEFFREY L. SUHER, P.C.**

By:  **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esq.
Attorney I.D.#74924
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone:  (412) 374-9005
Facsimile: (412) 374-0799
lawfirm@jeffcanhelp.com

**Attorney for Plaintiff**